MARY E. WRIGHT, State Bar No. 142886
mary.wright@ogletreedeakins.com
ANDREA L. FELLION, State Bar No. 262278
andrea.fellion@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:     415.442.4810
Facsimile:     415.442.4870

Attorneys for Defendant
UNIFIRST CORPORATION

**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHELLE STOCKTON,<br><br>          Plaintiff,<br><br>     v.<br><br>UNIFIRST CORPORATION, a corporation, BERT BLONDIN, an individual, JERRY SATTERFIELD, an individual, and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. 2:14-CV-00016-JAM-DAD<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST TO SUBMIT THE MATTER TO FINAL AND BINDING ARBITRATION AND TO STAY LITIGATION PENDING THE OUTCOME OF ARBITRATION**<br><br>Complaint Filed:  November 5, 2013<br>Trial Date:           August 31, 2015 |

Based on the parties' submission of a Stipulation to Submit matter to Arbitration and to Stay Litigation Pending Outcome of Arbitration, and good cause appearing therefore, it is HEREBY ORDERED:

1. The matter shall be submitted to final and binding arbitration pursuant to the stipulation;

2. Litigation of this matter shall be stayed pending the outcome of the arbitration.

Dated: 7/2/2014                                                       /s/ John A. Mendez_____
                                                                              Hon. John A. Mendez
                                                                              United States District Court Judge