1  MARY E. WRIGHT, State Bar No. 142886
   mary.wright@ogletreedeakins.com
2  ANDREA L. FELLION, State Bar No. 262278
   andrea.fellion@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
   Attorneys for Defendants
7  UNIFIRST CORPORATION and JERRY SATTERFIELD

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11                         **SACRAMENTO DIVISION**

12

13  MICHELLE STOCKTON,                    Case No. 2:14-CV-00016-JAM-DAD

                Plaintiff,
14
         v.                               **STIPULATION AND ORDER TO DISMISS ACTION WITH PREJUDICE**
15
    UNIFIRST CORPORATION, a corporation,
16  BERT BLONDIN an individual, JERRY
    SATTERFIELD an individual, and DOES 1- Complaint Filed:  November 5, 2013
17  100, inclusive,

18              Defendants.

---

Case No. 2:14-CV-00016-JAM-DAD
STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that Plaintiff Michelle Stockton ("Stockton") and Defendant UniFirst Corporation ("UniFirst"), by and through their undersigned counsel, hereby submit this stipulation and proposed order to dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure § 41(a).

## **STIPULATION**

WHEREAS Parties agreed to arbitrate this matter before JAMS pursuant to their Arbitration Agreement;

WHEREAS JAMS Granted UniFirst's Motion to Dismiss, the order for which is attached as **Exhibit A**, and Denied UniFirst's Motion for Fees and Costs, the order for which is attached as **Exhibit B**;

NOW, THEREFORE, Stockton and UniFirst hereby stipulate that all of Plaintiff's claims against Defendant in the above-captioned matter be dismissed with prejudice, without costs or fees awarded to either party, pursuant to JAMS' final award.

DATED:  May 22, 2015                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/ *Andrea Fellion*
     Mary E. Wright
     Andrea L. Fellion
Attorneys for Defendants
UNIFIRST CORPORATION

DATED:  May 22, 2015                THYBERGLAW

By:   /s/ *Greg Thyberg* (as authorized on May 22, 2015)
     Gregory A. Thyberg
Attorneys for Plaintiff
Michelle Stockton

IT IS SO ORDERED.

Dated: 5/22/2015                                /s/ John A. Mendez
                                                Hon. John A. Mendez
                                                United States District Court Judge